IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                              Criminal Action No.
                                                    25-00173-01-CR-W-BP

ERIC A. COWHERD,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:   Count One: Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

        Count Two: Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)

        Count Three: Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Robert Smith
      Case Agent: Detective Josh Gena – Independence, Missouri Police Department
    Defense: Marc Ermine; Investigator Gina Slack may assist

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 4-5 with stipulations; 7 without stipulations
    Defense: 2 witnesses; it is unknown whether Defendant will testify

**TRIAL EXHIBITS**:
    Government: 20 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
  (  ) Definitely for trial      (  ) Possibly for trial
  (  ) Motion to continue to be filed  ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
  Government's case including jury selection: 1 ½ days
  Defense case: ½ day

**STIPULATIONS**:
  (  ) not likely
  (  ) not appropriate
  ( x ) would be proposed as to:
    (  ) chain of custody
    (  ) chemist's reports
    ( x ) prior felony conviction
    ( x ) interstate nexus of firearm
    (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

 **Witness and Exhibit Lists**:
 Government: March 2, 2026
 Defense: March 2, 2026
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

 **Exhibit Index, Voir Dire, Jury Instructions**: March 2, 2026
 **Jury instructions must comply with Local Rule 51.1**

 **Motions in Limine**: March 2, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing March 16, 2026
 **Please note**: *No conflicts with the March trial docket were identified.*

**OTHER**:
  (  ) A _____-speaking interpreter is required.
  (  ) Other assistive devices: _____

 **IT IS SO ORDERED.**

                 */s/ Jill A. Morris*
                 JILL A. MORRIS
                 United States Magistrate Judge